# United States District Court
# Central District of California

| | |
|---|---|
| DEBORAH M. MANCHESTER, PH.D., | Case №: 2:17-CV-05309-ODW (JEMx) |
| Plaintiff, | |
| v. | |
| SIVANTOS GMBH, a German company; SIVANTOS, INC., a Delaware corporation, AURALCARE HEARING CENTERS OF AMERICA; DAVID D. LARSEN, and DOES 1-10, inclusive, | **JUDGMENT** |
| Defendants. | |

The Court, having considered the Motion for Summary Judgment (ECF No. 446.) filed by Defendants Sivantos GmbH and Sivantos, Inc. ("Sivantos"); the Motion for Summary Judgment (ECF No. 438.) filed by Defendants Auralcare Hearing Centers of America, LLC d/b/a My Hearing Centers ("Auralcare") and David D. Larsen ("Larsen"); all papers filed in connection with those motions, including all supporting papers and the opposition papers of Plaintiff Deborah M. Manchester, Ph.D. ("Manchester"); and the record in the case; and for the reasons set forth in the Court's Order Granting Defendants' Motions For Summary Judgment (ECF No. 647.), the Court dismissed each and every claim set forth in Manchester's Second Amended Complaint (ECF No. 66.).

The Court having also considered the Motion to Strike Counterclaimant Auralcare Hearing Centers of America's ("Auralcare") Counterclaim (ECF No. 118.) filed by Manchester, including all supporting papers and opposition filed in connection with the Motion to Strike Counterclaimant; and for the reasons set forth in the Court's Order Granting Manchester's Motion to Strike Counterclaimant (ECF No. 652.); the Court struck and dismissed each and every claim set forth in Auralcare's Counterclaim (ECF Nos. 89, 107.). Accordingly, the Court granted Manchester until October 11, 2019 to file her Attorneys' Fees Motion. (ECF No. 659.)

Now, therefore, it is **ORDERED, ADJUDGED, and DECREED** that **JUDGMENT** is entered in favor of Defendants on all Manchester's pleaded claims. Manchester shall take nothing by way of her Second Amended Complaint.

**IT IS SO ORDERED.**

September 13, 2019

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**